**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 29 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10321 |
| Plaintiff - Appellee, | D.C. No. 2:14-cr-00165-SRB-1 |
| v. | |
| JORGE LUIS AGUILAR CAMPAS, a.k.a. Pariente, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Susan R. Bolton, District Judge, Presiding

Submitted June 22, 2016[**]

Before:     HUG, FARRIS, and CANBY, Circuit Judges.

Jorge Luis Aguilar Campas appeals from the district court's judgment and

challenges his guilty-plea conviction and 120-month sentence for conspiracy to

possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

846, 841(b)(1)(A)(viii).  Pursuant to *Anders v. California,* 386 U.S. 738 (1967), Campas's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Campas the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Campas has waived the right to appeal.  Because the record discloses no arguable issue as to the validity of that waiver, we dismiss Campas's appeal.  *See United States v. Watson,* 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED**.